IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-CR-20-BR-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HYSEN SHERIFI, | ) | |
| | ) | |
| Defendant. | ) | |

The detention hearing scheduled in this case for 7 March 2012 is hereby CANCELLED. The court has determined that, given the extended prison sentence defendant is now serving pursuant to the judgment (D.E. 1663) in *United States v. Hysen Sherifi*, No. 5:09-CR-216-FL-2 (E.D.N.C.), the issue of detention is presently moot. In the unlikely event that future developments make it necessary to adjudicate the detention issue, the court will schedule a detention hearing at that time.

SO ORDERED, this 2nd day of March 2012.

James E. Gates
United States Magistrate Judge