IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-CR-20-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HYSEN SHERIFI, | ) | |
| SHKUMBIN SHERIFI, and | ) | |
| NEVINE ALY ELSHIEKH, | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court *sua sponte* to change the permissible manner of service on defendant Hysen Sherifi. The court had previously directed (at the 26 April 2012 status conference) that service on Hysen Sherifi be made by serving his standby counsel. IT IS ORDERED that, as of the date of entry of this Order, service on Hysen Sherifi shall be made by serving him directly. Service on Hysen Sherifi's standby counsel shall not constitute service on Hysen Sherifi. As a courtesy, a copy of any document not served on standby counsel through the CM/ECF system shall be served on standby counsel by other appropriate means. Service on defendant may be made in the same form in which it is made on the other defendants, including the service of audio transcripts by electronic media (*i.e.,* compact disc or "CD ROM").

SO ORDERED, this the 7th day of August 2012.

_____
James E. Gates
United States Magistrate Judge