IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-CR-20-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HYSEN SHERIFI, | ) | |
| SHKUMBIN SHERIFI, and | ) | |
| NEVINE ALY ELSHIEKH, | ) | |
| | ) | |
| Defendants. | ) | |

This case came before the court on 4 September 2012 for a status conference. The conference began with a public session attended by counsel for defendants Shkumbim Sherifi and Nevine Elshiekh ("Elshiekh"); defendant Hysen Sherifi, proceeding pro se; defendant's standby counsel, Kelly Greene; and counsel for the government. This session was followed by three ex parte sessions: one with all defendants; another with Hysen Sherifi and his standby counsel; and a final one with counsel for defendant Shkumbim Sherifi. This order sets out rulings based on proceedings at the public session of the conference. The court will address by separate order any issues presented at the sealed ex parte sessions that require further action by the court. In instances where this order reflects modification of the oral directives issued at the conference, this order controls.

**1. Parties' Oral Motion for Extension of Time.** The parties jointly moved orally to extend the deadline for both defense and government production of expert rebuttal reports as set forth in the 13 June 2012 pretrial scheduling order (*see* D.E. 150 at 2, Event No. 20). Good cause exists for the extension. Therefore, as announced at the conference, the parties' motion for extension is GRANTED. The 17 September 2012 deadline for the parties' production of expert rebuttal reports is hereby EXTENDED to 1 October 2012.

**2. Mental Examination of Elshiekh.** On 27 August 2012, Elshiekh filed a notice of intent to offer evidence concerning her mental condition pursuant to Fed. R. Crim. P. 12.2(b). (*See* Am. Notice (D.E. 229)). At the conference, Elshiekh represented that she expects to be able to produce to the government an expert report and summary of expert testimony on this issue by the 14 September 2012 deadline for such production. (*See* 31 Aug. 2012 Order (D.E. 231) 1, Events No. 8, 9). In response, the government expressed concern about having sufficient time between this production and the 1 October 2012 rebuttal report deadline to arrange for a mental examination of Elshiekh, pursuant to Fed. R. Crim. P. 12.2(c)(1)(B), and to produce the report on the examination. Elshiekh, in turn, requested that she be provided at least a week's (*i.e.*, five business days') notice of any such examination.

Based on the discussion at the conference, the court hereby ORDERS that the following procedure be followed:

a. If, after receipt of Elshiekh's expert report on her mental condition, the government decides to seek an examination of Elshiekh pursuant to Fed. R. Crim. P. 12.2(c)(1)(B), it shall arrange[1] to have such examination conducted as soon as practicable, but in no event later than 5 October 2012.

b. The government shall notify Elshiekh of the date of and arrangements for the examination at least one week prior to the examination.

c. The government shall produce to Elshiekh the examiner's report and a summary of any expert testimony by the examiner the government intends to present at trial no later 15 October 2012.

---

[1] Such arrangements would include, if necessary, seeking an order from the court for the examination pursuant to Rule 12.2(c)(1)(B).

**3. Next Status Conference**. As discussed at the conference, the next status conference shall be held on 4 October 2012 at 1:00 p.m. in the 6th floor courtroom of the Terry Sanford Federal Building and Courthouse, 310 New Bern Avenue, Raleigh, North Carolina. All counsel of record, including stand-by counsel for defendant Hysen Sherifi, are DIRECTED to attend. Further, the United States Marshal is DIRECTED to produce defendant Hysen Sherifi for the hearing. The presence of Shkumbin Sherifi and Elshiekh is not required.

The provisions related to preparation for status conferences set forth in ¶ 10 of the 2 May 2012 Order shall apply. After the parties have conferred to develop a joint agenda, they may, by joint motion, request cancellation of the conference.

SO ORDERED, this the 7th day of September 2012.

James E. Gates
United States Magistrate Judge