IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-CR-20-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HYSEN SHERIFI, | ) | |
| SHKUMBIN SHERIFI, and | ) | |
| NEVINE ALY ELSHIEKH, | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court on the joint motion (D.E. 271) by the parties to cancel the status conference in this case currently set for Tuesday, 9 October 2012. For good cause shown based on the facts and reasons stated in the joint motion, the motion is GRANTED, and the status conference set for 9 October 2012 is CANCELLED.

SO ORDERED, this the 5th day of October 2012.

_____
James E. Gates
United States Magistrate Judge