IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-CR-20-BR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HYSEN SHERIFI, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the motion (D.E. 291) by standby counsel for defendant Hysen Sherifi ("defendant") to permanently seal the ex parte motion filed by standby counsel at D.E. 290. In light of the ex parte nature of the motion and for good cause shown, the motion is GRANTED.

IT IS THEREFORE ORDERED that the motion (D.E. 290) and the exhibit to the motion (D.E. 290-1) be permanently sealed by the Clerk in their entirety.

SO ORDERED, this the 29th day of October 2012.

James E. Gates
United States Magistrate Judge