UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:12-CR-00020-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HYSEN SHERIFI, | ) | |
| SHKUMBIN SHERIFI, | ) | |
| NEVINE ALY ELSHIEKH | ) | |

This matter is before the court on defendant Nevine Elshiekh's unopposed motion to allow oral, expert testimony at her sentencing hearing and Elshiekh and the government's motion to continue Elshiekh's sentencing hearing. For good cause shown, the motions are ALLOWED. The sentencing hearings of all defendants are CONTINUED to 7 March 2013 at 10:00 a.m.

This 18 January 2013.

_____
W. Earl Britt
Senior U.S. District Judge