FILED: February 19, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7154
(7:12-cr-00020-BR-1)
(7:18-cv-00191-BR)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

HYSEN SHERIFI

        Defendant - Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, a certificate of appealability is denied and the appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK